

FILED

APR 1 0 2019

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHELLE MEEKS,<br><br>Plaintiff,<br><br>vs.<br><br>NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC. d/b/a DASUQUIN; JACK VAUGHN d/b/a WINNING IMAGES, INC.; IPROMOTEU, INC,; and JOHN DOES 1-10,<br><br>Defendants. | CV 19–38–M–DLC<br><br><br><br>ORDER |

Pursuant to the Notice of Voluntary Dismissal (Doc. 5) filed by the Plaintiff and Federal Rule of Civil Procedure 41(a)(1),

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 10th day of April, 2019.

Dana L. Christensen, Chief Judge
United States District Court